IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 15-12223-E

MUJAHAD SHOUMAN,

                                                         Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

                                                         Respondent-Appellee.

Appeal from the United States District Court
for the Southern District of Florida

ORDER:

Mujahad Shouman's motion for a certificate of appealability, to appeal the denial of his 28 U.S.C. § 2255 motion to vacate sentence and Fed. R. Civ. P. 59(e) motion for reconsideration, is DENIED because he has failed to make the requisite showing. *See Slack v. McDaniel*, 529 U.S. 473, 484, 120 S. Ct. 1595, 1604, 146 L. Ed. 2d 542 (2000). Accordingly, the motion for leave to proceed *in forma pauperis* is DENIED AS MOOT.

                                                           /s/ Gerald Bard Tjoflat
                                                           UNITED STATES CIRCUIT JUDGE

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 19, 2015

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 15-12223-E
Case Style: Mujahad Shouman v. USA
District Court Docket No: 1:14-cv-24548-PCH
Secondary Case Number: 1:99-cr-00903-PCH-2

The enclosed copy of this Court's order denying the application for a Certificate of Appealability is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Gloria M. Powell, E
Phone #: (404) 335-6184

Enclosure(s)

DIS-4 Multi-purpose dismissal letter